UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

THEODORE N. JOHNSON,

    Plaintiff,

v.    CASE NO: 8:05-cv-2175-T-26MAP

JO ANNE B. BARNHART, Commissioner
of Social Security,

    Defendant.
_____/

**O R D E R**

Before the Court is the Report and Recommendation of the Magistrate Judge in which he recommends affirmance of Defendant's decision denying Plaintiff's claims for disability insurance benefits and supplemental security income benefits.[1] Plaintiff has filed objections to the Report and Recommendation in which he faults the Magistrate Judge's improper treatment of the findings of Dr. Steven Field and takes issue with the Magistrate Judge's rejection of Plaintiff's argument that the Administrative Law Judge (ALJ) improperly considered the new evidence of carpal tunnel syndrome.[2]

The Court has undertaken an independent *de novo* review of the entire file in conjunction with the Report and Recommendation and Plaintiff's specific objections as

---

[1] See docket 12.

[2] See docket 13.

required by 28 U.S.C. § 636(b)(1).  See also Macort v. Prem, Inc., 2006 WL 3473734 (11th Cir. 2006).  After doing so, the Court is of the opinion that the Magistrate Judges' Report and Recommendation should be accepted in whole and made a part of this order for all purposes.

Accordingly, it is ordered and adjudged as follows:

1) The Report and Recommendation is confirmed, approved, and ratified in its entirety, and made a part of this order for all purposes.

2) The Clerk is directed to enter judgment for Defendant and to close this case.

**DONE AND ORDERED** at Tampa, Florida, on February 9, 2007.

    s/*Richard A. Lazzara*
**RICHARD A. LAZZARA**
**UNITED STATES DISTRICT JUDGE**

COPIES FURNISHED TO:
Counsel of Record